IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY POPE,

    Plaintiff,

v.                              CASE NO. 4:13cv611-RH/CAS

BIG BEND CARES and ROBERT RENZI,
individually,

    Defendant.

_____/

## ORDER REQUIRING THE DEFENDANTS TO
## FILE THE REMAINDER OF THE COMPLAINT

The copy of the complaint in this record, ECF No. 5-1 at 7-16, ends at page 10 and thus apparently is incomplete. The defendants, as the parties who removed the case to this court, must promptly file a copy of the remainder of the complaint.

SO ORDERED on November 18, 2013.

                                      s/Robert L. Hinkle
                                      United States District Judge