IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY POPE,

    Plaintiff,

v.                          CASE NO. 4:13cv611-RH/CAS

BIG BEND CARES, INC., and
ROB RENZI, individually,

    Defendant.

_____/

## ORDER DENYING AS MOOT THE MOTION TO
## TO DISMISS THE ORIGINAL COMPLAINT

The plaintiff having filed as of right a first amended complaint, ECF No. 14, the motion, ECF No. 10, to dismiss the original complaint is DENIED AS MOOT.

SO ORDERED on January 3, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge