IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY POPE,

    Plaintiff,

v.                                CASE NO. 4:13cv611-RH/CAS

BIG BEND CARES and ROBERT RENZI,
individually,

    Defendant.

_____/

## ORDER EXTENDING THE DEADLINE TO
## RESPOND TO THE MOTION TO DISMISS

The plaintiff's unopposed second motion, ECF No. 22, to extend the deadline to respond to the motion to dismiss is GRANTED. The response as filed, ECF No. 24, is deemed timely.

SO ORDERED on February 3, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge