# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JEFFREY POPE,

    Plaintiff,

v.                                CASE NO. 4:13cv611-RH/CAS

BIG BEND CARES and ROBERT RENZI,
individually,

    Defendant.

_____/

## ORDER CONFIRMING THE SCHEDULE

Upon consideration of the parties' notices, ECF Nos. 21 and 23, filed in compliance with paragraph 1 of the Scheduling and Mediation Order of January 3, 2014, ECF No. 17,

    IT IS ORDERED:

The Scheduling and Mediation Order of January 3, 2014, ECF No. 17, remains in effect.

    SO ORDERED on February 3, 2014.

                                              s/Robert L. Hinkle
                                              United States District Judge